IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC BRIGGS                                                                                       PLAINTIFF

VS.                                          5:17-CV-00153-BRW

JUDY BROWLEY, Grievance Officer,
Dub Brassell Detention Center; *et al.*                                                DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Doc. No. 4) and the objection.[1]

After *de novo* review, I adopt as my findings in all respects the Proposed Findings and Recommended Disposition in its entirety.

Accordingly, Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

I certify that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.[2]

IT IS SO ORDERED this 21st day of June, 2017.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

1 Doc. No. 5.

2 28 U.S.C. § 1915(a)(3).