**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ERIC BRIGGS**                                                            **PLAINTIFF**

**VS.**                         **5:17-CV-00153-BRW**

**JUDY BROWLEY, Grievance Officer,
Dub Brassell Detention Center;** *et al.*                    **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered today, this case is DISMISSED without prejudice. This dismissal constitutes a strike under 28 U.S.C. § 1915(g). I certify that an in forma pauperis appeal from this Judgment and the corresponding order would not be taken in good faith.[1]

    IT IS SO ORDERED this 21st day of June, 2017.


                                             /s/Billy Roy Wilson
                                   UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).